No. 94–7092. VANTERPOOL, AKA ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7119. WEEKS v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 94–7122. SALCIDO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–7136. HUFFSTETLER v. FRENCH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–7142. HERNANDEZ PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7147. RUTLEDGE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7419. GUTIERREZ v. TOOMBS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–7494. MUSGRAVE v. WELBORN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–7505. SLOAN v. WILKINSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–7507. PARISH v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 94–7509. PIZZO v. WHITLEY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7512. SATCHER v. NETHERLAND, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 94–7514. SNYDER v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–7517. NICHOLAS v. WRIGHT, SUPERINTENDENT, CLALLAM BAY CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 94–7520. MUHAMMAD, AKA WILLIAMS v. HAWLEY, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.